# EXHIBIT A

## PETITION

<u>A Petition to Castle Hills City Council</u>

# FIX OUR STREETS
## Reinstate former City Manager Diane Pfeil

- Due to our size and selected form of government, our city has always relied on the city manager to oversee construction projects.
- From 2014-2016, City Manager Diane Pfeil oversaw, from start to finish, over a dozen street projects including Herweck, Honeysuckle, Twinleaf, Gladiola, Zornia, Krameria, Tamworth and Castle Lane (which had a drainage component).
- All were completed on time and on budget.
- After Diana Pfeil's departure only one street project remained—Danube.  Construction projected to last 90 days took 13 months to complete and taxpayers paid an extra $260,000 in cost overruns.
- During the next three years, various city managers talked about streets, made up priority lists and paid for expensive engineering studies.  None have fixed a single street.
- Diane Pfeil proved that she could both administer the city's mandated services of public safety, code enforcement, finance, municipal court and public information and still supervise and complete all of the projects undertaken during her tenure.

In the interest of restoring effective management, we the undersigned petition for the reinstatement of Diane Pfeil as City Manager of Castle Hills:

<u>Print Name</u>                           <u>Signature</u>                                              <u>Street Address</u>

_____

_____

_____

_____

_____

_____

_____

_____

_____