# EXHIBIT B

# CASTLE HILLS POLICE DEPARTMENT OFFENSE/INCIDENT REPORT

# CASTLE HILLS POLICE DEPARTMENT

## Offense / Incident Report

**GENERAL OFFENSE INFORMATION**  **Report Type:** Cumulative Report

| | |
|---|---|
| Agency | CASTLE HILLS POLICE DEPARTMENT |
| Case # | 2019-06-0058 |
| File # | |
| Description | THEFT (All others) |
| Incident Status | ACTIVE |
| Reporting Officer | TURNER 204, P. |

| | |
|---|---|
| Location | 209 LEMONWOOD DRIVE, CASTLE HILLS TEXAS 78213 |
| From Date/Time | 05/22/2019 15:46 |
| To Date/Time | 05/22/2019 18:30 |
| Report Date | 06/19/2019 15:03 |
| Initial Rep. Date | 06/19/2019 15:03 |

### OFFENSE(S)

| | |
|---|---|
| Offense | THEFT (ALL OTHERS) |
| Statute | UCR |
| Attempt Status | COMPLETED |
| Offense Status | ACTIVE |
| Location | GOVERNMENT/PUBLIC BLDG |
| Computer | N |
| Alcohol | N |
| Drug | N |
| Weapons | |
| Criminal Activity | |
| Bias Type | |
| Bias Motivation | |

### COMPLAINANT

| | | |
|---|---|---|
| Name | TREVINO, JR | |
| Address | | Phone |
| Race | Ethnic | Sex | DOB |
| Height | Weight | Hair | Eyes |
| S.S.N. | DL & St. | JRN# | |

### VICTIM(S)

| | | |
|---|---|---|
| Name | TREVINO, JR | |
| Address | | Phone |
| Race | Ethnic | Sex | DOB |
| Height | Weight | Hair | Eyes |
| S.S.N. | DL & St. | JRN# | |
| Type of Victim | GOVERNMENT | Victim Of | NONE | Injury Type | |
| Homicide/Assault Circumstance | | |

Case No: 2019-06-0058

## SUBJECT(S)

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Name | GONZALEZ, SYLVIAANN | | | | | | |
| Address | 103 WICKFORD WAY CASTLE HILLS, TX 78213 | | | | | Phone | 210-349-8899 |
| Race | W | Ethnic | H | Sex | F | DOB | |
| Height | 5'01" | Weight | 170 | Hair | GRY | Eyes | BRO |
| S.S.N. | __-__-____ | DL & St. | | JRN# | | | |
| Sub. Type | SUSPECT | Arrest ID | | Citation # | | | |
| Notes | | | | | | | |

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Name | GONZALEZ, SYLVIA ANN | | | | | | |
| Address | 103 WICKFORD WAY CASTLE HILLS, TX 78213 | | | | | Phone | 210-349-8899 |
| Race | W | Ethnic | H | Sex | F | DOB | |
| Height | 5'01" | Weight | 170 | Hair | GRY | Eyes | BRO |
| S.S.N. | __-__-____ | DL & St. | | JRN# | | | |
| Sub. Type | SUSPECT | Arrest ID | | Citation# | | | |
| Notes | | | | | | | |

## PROPERTY

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Property Category | DOCUMENTS/PERSONAL OR BUSINESS | | | Loss Type | EVIDENCE |
| Description | Petition | | | | |
| Notes | | | | | |
| Make | | Model | | Style | |
| Serial No / VIN | | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | | Rec Quantity | | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Property Category | DOCUMENTS/PERSONAL OR BUSINESS | | | Loss Type | STOLEN/RECOVERED |
| Description | Petition | | | | |
| Notes | | | | | |
| Make | | Model | | Style | |
| Serial No / VIN | | | | Color | |
| Vehicle Year | | Plate No/ State/ Type | | | |
| Loss Date | | Loss Quantity | | Loss Value | |
| Rec Date | 5/22/2019 | Rec Quantity | | Rec Value | |
| Drug Type | | Drug Quantity | | Drug UOM | |

Case No: 2019-08-0058

Entered By   TURNER 204, P.   _____

Officer      TURNER 204, P.   _____

Supervisor                    _____

Case No: 2019-06-0058

## Incident # 2019-06-0058

TURNER 204, P.

Report Written by Sgt. P. Turner #204

On May 24, 2019 I was made aware by Chief Johnny Siemens of an incident that occurred during a city council meeting (continuation) on May 22, 2019. Chief advised me that City Mayor-JR Trevino would be contacting me in reference to the filing of a criminal complaint which surrounds allegation(s) that a sitting City Council Member, identified herein as SP, took without consent, a document/petition which belonged to the City and at that time was in possession of Mayor Trevino. I will be reviewing any and all video footage relevant to this case.

This case is currently under investigation. Nothing further.

Case No: 2019-06-0058

### Incident # 2019-06-0058 (1)

Zuniga 125,

On Tuesday, May 22, 2019 after sitting in on a continued Council Meeting which occurred at City Hall, 209 Lemonwood Dr. located in Castle Hills, Bexar County, Texas, I was summoned by Mayor Trevino and asked if I could ask Council Woman Gonzalez to check and see if she had picked up some paperwork that belonged to Mayor Trevino.

It was determined that Council Woman Gonzalez did pick up the paperwork and place it in the back of her meeting binder.

The paperwork was ultimately given to City Secretary M. Gonzalez.

Capt. E. Zuniga