# EXHIBIT C

# CASTLE HILLS REPORTER NEWSLETTER



July / August 2019

*The Castle Hills*
Reporter

## INSIDE THIS ISSUE:

| | |
|---|---|
| Message from the Mayor .................................. p.2-3 | Anniversaries .................................................. p.8 |
| City Manager .................................................. p.4-5 | DWI Fatality Crash and Other Happenings ............. p.9-10 |
| City Council Comments ..................................... p.5-7 | City Snapshots .............................................. p.12 |
| Code Compliance ............................................ p.8 | Summer Word Search ....................................... p.14 |

# MESSAGE FROM THE MAYOR



Friends,

Words cannot express how honored and proud I am to be back serving our City. At the City Council Candidate Forum in April someone asked the question, if I would do anything differently this time on council. My initial reaction was that I would work equally as hard, but I remember what I did wrong on council. I wasn't able to tell enough residents about my struggles, failures, or successes. I will be working to share as much information as possible, so you know about my efforts to make our City better.

As most of you all know I sought out to buy my home in Castle Hills after growing up just down the street from our City. I long admired the small-town atmosphere, the perception of the tight knit community, and the idea that leaders could be accessible. We have great neighbors but the biggest value in Castle Hills is the people that work to give us the best possible services. I've said before that our employees are the lifeblood of our City and I strongly believe it. If it weren't for our outstanding services, Castle Hills would still be a great neighborhood, but it wouldn't be a City.

I have several goals and priorities as your Mayor. First and foremost is to ensure an open and transparent government which welcomes an array of perspectives. As the saying goes, I know what I know but I don't know what I don't know. This is where we need the citizens, the subject matter experts, to come forward to share your knowledge and independent thoughts. During my campaign as I was knocking on doors, I was amazed at the diversity of our residents. I assure you that no matter what your vocation is, you can make an impact in Castle Hills. While we might not always agree, I truly believe that the best decisions land in the middle of differing opinions. If you aren't sure if you have the time to commit or you aren't sure what you want to do, please reach out to me. The City has numerous boards and commissions with varying level of commitment needs, if you would like, let's have a cup of coffee and find the right one for you!

My next goal is to support our City staff. In walking the streets, I heard the residents loud and clear you love our City services which I vehemently agree. Every aspect of the Castle Hills's services is top notch; of course, we can always be better and working to make that happen is one of my priorities. Below are my thoughts and perspective as it relates to each of our City departments:

Continued on page 3

*"The statements and facts contained in newsletter articles from the Mayor and City Council Members are their own personal views and should not be considered official city sponsored statements or facts and should not be relied upon as such."*



PHYLLIS BROWNING CO.
THE VERY BEST™

NORMA McCLELLAND
ABR, CHMS, GRI, SRES, REALTOR®

4372 N. Loop 1604 West, Ste. 102
San Antonio, Texas 78249
c (210) 912-3090
nmcclelland@phyllisbrowning.com
www.normamc.com

Castle Hills Resident





ADVERTISE HERE

Neighborhood News

- Multiple AD Sizes
- Discounts

Ask about other news-letters in your area

sales@neighborhoodnews.com
210-558-3160

## CITY COUNCIL

**JR Trevino**
Mayor

**Clyde R. McCormick**
Place 1

**Mark F. Sanderson**
Place 2

**Sylvia Gonzalez**
Place 3

**Lesley Wenger,**
Mayor Pro-Tem, Place 4

**Douglas Gregory**
Place 5

## CITY STAFF

**Ryan Rapelye**
City Manager, (210) 293-9673

**Melissa L. Gonzalez**
City Secretary, (210) 293-9681

**Vacant**
Finance, (210) 293-9674

**James "Jim" Ladewig**
Fire Department Chief
(210) 342-2341, ext. 217

**Johnny Siemens**
Police Department Chief
(210) 342-2341

**Rick Harada**
Public Works & Animal Control
Department Director
(210) 293-9676

**ALL EMERGENCIES, EMT, FIRE & POLICE CALL 911**
Non-emergency (210) 342-2341

## Monthly Meetings
All meetings are held at City Hall unless otherwise posted.

**City Council**
2nd Tuesdays, 6:30 p.m.

**Architectural Review Committee**
1st Wednesday, 7:00pm
Upon Request

**Board of Adjustment**
4th Monday, 5:30 p.m.
Upon Request

**Zoning Commission**
1st Tuesday, 7:00pm
Upon Request

**Crime Control & Prevention District**
3rd Monday, 5:30pm
As Needed

## Administration

While our office has seen turn over the years, our City Manager, Ryan Rapelye, has held the highest standards for all employees. In my opinion our administration could use some additional support. We regularly have residents come in and volunteer to help with permits. While the volunteers are always welcomed and much appreciated, I believe we find ourselves in a precarious situation when we are relying on volunteers to sustain day to day operations. Permits are essential to Castle Hills for a variety of reasons. Permits ensure that the City maintains a certain level of safety, adheres to building standards, and provides a uniform look to our community; as determined by our ordinances. More importantly, permitting which encompass plan review and inspections generates revenue for the City to support these services. Home renovation and growth in our business community generate additional revenue in our ad valorem and sales tax which not only help to sustain City services but provide additional funding for projects like streets, drainage, or special projects.

## Fire

Thanks to a good friend of mine that works for the Southwest Texas Regional Advisory Council, I have been brushing up on my emergency response knowledge. In my education of the first responder world I have come to learn about some of the most important factors that affect life safety is, "minutes" in correlation to response time. When lives are on the line minutes are precious, which is why it is extremely valuable to have our Fire Department that is literally 3 minutes away from anywhere in our City. When the minutes count, you can count on Castle Hills Fire to be on scene quickly. If the recent events in our area have shown anything is that while we feel safe in Castle Hills, we are not immune to catastrophic events.

## Police

Following up from that last line, it is important to drive home the point that mass casualties don't discriminate where they happen. Being able to have our Police department is another example of having the first responders when it matters. In walking the streets, many people think that we have a safe City. While I

would agree that we do have a safe City, I have seen firsthand how hard our officers work to keep our City safe, I am a regular on the police ride-along. In my ride-along, I have seen arrests for illicit drugs, people driving under the influence, stolen vehicles, and felons in possession of firearms. In all of the arrests, there is one common variable, we have the best possible and most courteous officers working to keep our streets safe. Aside from the officers on the street, we have a great team of investigators that produce results at all levels. Whether it stolen items being recovered or are a business that had an employee that embezzled over $100,000.

## Public Works

Last but certainly not least, the public works team; which is my personal favorite. Rick and his team work nonstop to keep our City clean, maintained, and safe potential hazards; with a shoestring budget. Most notably, the team are incredibly modest, humble, and work in the shadows. Rick has been with the City for nearly 20 years and has done all the jobs and continues to do all the jobs as necessary. Unfortunately, Public Works experiences a great deal of turn over, Rick takes responsibility of training all new hires on how to maintain safety, repair and operate equipment.

At the end of the day, I know we have some of best services around and some of the best department heads as well. My goal is to optimize service and ultimately provide the best value for our tax dollars. I'm confident with Mr. Rapelye's knowledge and experienced coupled with our relationships in the area, Castle Hills is poised for great things. I have had the good fortune of having numerous friends reach out to me so that their organizations can partner with Castle Hills to make our lives a little better. I look forward to sharing those individual details with you all in the upcoming months. Until then, if I can be of service please do not hesitate to contact me.

Yours in service,

**JR Trevino**
Mayor
JTrevino@CastleHills-TX.gov
210-559-5940

**WIATREK'S MEAT MARKET**
- best dried sausage in SA -

**WIATREK'S**

Carnivores Wanted.

8517 Blanco Road, San Antonio, TX 78216



*E. L. Smith Plumbing*

We Stop Leaks

M-8217

www.elsmith.com
210-736-1605



MESSAGE FROM
# THE CITY MANAGER
By Ryan D. Rapelye, City Manager

## Development of the FY 2020 Budget!

The annual operating budget serves as a policy document, a financial plan, an operations guide, and a communications device for the City. It is the foundation for the City's allocation of resources toward service delivery plans to provide quality services and investments, and continued improvements. It also reflects incremental changes addressing service requirements and builds upon initiatives funded in prior years, while establishing new direction for programs. The budget document is also used to evaluate the effectiveness of City programs and services while providing extensive information on municipal operations.

As City Manager, I am tasked with the day to day operations of the city while carrying out the policies established by the council. As City Manager, it is my duty to prepare and submit to the council, prior to the beginning of each fiscal year, a budget of proposed expenditures for the ensuing year, showing in as much detail as practicable the estimated amounts required for the efficient operation of each department of the city and the reasons for such estimated expenditures. The FY 2019 Proposed Budget which was eventually presented last August delivered a balanced budget with surplus for infrastructures and other capital expenses. The budget maintained the tax rate and afforded the opportunity to maintain current services levels for the residents of Castle Hills. The budget was defined and transparent and had recommended to maintain all positions to ensure City services and continue to improve all customer services to our residents.

During the development of the FY 2020 Proposed Budget process, we must ensure we continue to maintain and provide excellent municipal services to citizens, businesses, and visitors while ensuring appropriate funding and tracking of all financial resources. The City operates in a fiscal year that begins January 1 through December 31; developing the budget comprehensively relies on the City Council's efforts to provide input and direction as well as City departments. The process should always include our residents in having the ability and opportunity to speak on the budget during two public hearings before final adoption. Council as well as the public input is necessary to capture this information related to services and projects in the community but there must be a hierarchy of function. The budget must fund basic city services first and then plan effectively in order to address the long-range projects.

As is the case with most municipalities, personnel/ payroll costs encompass the largest single expense in a budget. Public safety requires round the clock staffing and specialized equipment which endures extensive wear and tear. The FY 2019 Adopted Budget covered core services such as Public Safety (Fire, Police and Dispatch), sanitation/streets within our Public Works, Municipal Court and Administration. The General Fund is the largest fund for the City and accounts for the general service and operations.

Last year in crafting the FY 2019 Proposed Budget, the focus was to maintain the City's core service and balance this with

an emphasis on customer service; maintain the City's reserve at an adequate levels, which should protect the City from future uncertainties; project revenues which was established at reasonable levels, utilizing historical data; and ensure department and program costs will be budget at a reasonable level, which parallel the cost of providing services. All of these factors will still be key in developing the FY 2020 Proposed Budget.

As a part of the development of the FY 2020 Proposed Budget, one of the focuses will be the need to review current capital projects for streets and drainage underway and utilize the 5-year CIP to program the necessary dollars for initiating new capital projects next year. In reference to minor projects, the Public Works Department has a budgeted line item for $50,000 for minor street/drainage projects around the community and part of the development of the FY 2020 budget is to review the need to increase and utilize "on demand" contractors similar to what we did recently on South Winston and Lemonwood.

The City of Castle Hills currently has $3.2 million in associated street/drainage funds for infrastructure projects, these funds are infused by revenue from sales tax, digital billboards and stormwater billing/fees. Consequently, the City will eventually need to find an alternate funding for future infrastructure projects. The City in the future may need to issue certificates of obligation to borrow, possibly leverage partnerships and/or attempt to obtain grant funding to offset future costs of projects. Recently, the City entered into a new long-term contract with a digital billboard company which will provide additional revenue for drainage and streets. Revenue from digital billboards is dedicated to drainage and streets and 80 percent of total revenue which equates to roughly $3.9 Million for drainage over the life span of the contract. This revenue will be committed to future drainage projects and the new digital billboard will be erected in a commercial area near Loop 410.

The City of Castle Hills largest operating expense is the landfill fees in sanitation since we transport and dispose residential waste at a landfill outside of San Antonio. Over the years, the expenditure related to landfill fees has escalated in our sanitation department in association with the operating costs charged by the landfill. This may be different from other suburban cities around San Antonio which might contract these services for residential collection. In preparation of the FY 2020 Proposed Budget, staff has monitored this line-item expense and will review any necessary modifications which may need to be adjusted for this service.

As I have mentioned previously in articles, the City of Castle Hills has very good employees who are knowledgeable, talented and dedicated to their respected positions within the organization. As part of the development of the FY 2020 Proposed Budget, another focus should involve the need to recruit and retain personnel to the City of Castle Hills. As part of the development of the budget we should factor the need to have competitive salary and benefits.

Continued on page 5

*"City Manager's" article continued from page 4*

The City of Castle Hills is fortunate and unique to a have a dedicated public safety team which encompasses fire, police and dispatch. Another area in the development of the FY 2020 Proposed Budget is to ensure we are addressing first responders needs in our organization and community.

Moving forward, the City will have a number of workshops on the development of the FY 2020 Proposed Budget. This will be an opportunity for citizens to provide input and comment. The FY 2020 Budget Calendar is available on the City's website. Every budget is an attempt to balance current and future needs within the framework of limited resources. Council and staff will work cooperatively in constructing the proposed budget based on these those guidelines.

As always, I would like to provide an update on our capital projects in the pipeline:

- **Phase III Antler Drive Roadway Improvements** – Construction commenced in early May, currently the installation of utility work is underway and next will involve the reconstruction of the roadway. Project is expected to take nine months.
- **Street Maintenance Program – Seal Coat Bids** – The City has identified street candidates and developed a list of street segments to include in the 2019 SMP. The 2019 SMP for Seal Coat Projects will include, but not limited to approximately 29 different streets segments and 4 alleys for an approximate total length of 9.28 miles. The City did not receive any bids so our City Engineers will be reviewing and modifying the language in order to advertise again for bids.
- **Banyan/Glentower** – Engineering services and/or design is underway on the reconstruction of Banyan and Watershed III Drainage Improvement Phase I (Banyan Drive and Glentower Drive). Design is at 60% and the City will advertise for bids in September. Construction is expected to take nine months on these two projects.
- **Mimosa/Krameria to West Avenue** – Engineering services and/or design is underway for Watershed II Drainage Improvement Phase I (Mimosa/Krameria to West Avenue). Design is at 60% and City will advertise for bids in September.

Please contact me at rrapelye@castlehills-tx.gov or at the office at 210.293.9673 if you have any questions on projects or need assistance with services from the City of Castle Hills.




# COUNCIL COMMENTS

## CLYDE R. McCORMICK
PLACE 1

A. In my article last issue, I wrote about the City Manager-Council form of government. I had found the first ordinance (Ordinance 182, passed by our City Council in 1963) which I believed adopted the City Manager form of government for Castle Hills. In subsequent research, I believe I have discovered that our city has been operating in violation of state law ever since 1963. It appears that the original ordinance 182

was invalid and the use of the City Manager form was done illegally because there was no election as required by statute. I believe our city had and has no authority to hire a City Manager as described in Local Government Code Chapter 25. Here is why:

The original state law statute, sections 1164a-1 through 1164a-10, were enacted in 1943 and remained substantially unchanged until codified as Chapter 25 of the Local Government Code in 1987. An ordinance passed by city council is preempted by a conflicting state law and is not effective to alter Texas statutes. The relevant provision is 1164a-3 (now Ch25 sections 25.022 thru 25.025), which provides in part: "Before the provisions of this Act shall apply to and become operative in any city of this State, it shall be submitted for vote to the legally qualified electors of such city for adoption, and shall receive a majority of all votes cast thereon at such election." and requiring the election be brought upon a petition of at least 20 percent of the total number of votes cast for Mayor in the last election, etc.... There was no petition and no election or vote. Therefore, the City Manager form of government described in Chapter 25 cannot legally be used in Castle hills and the provisions of Chapter 22 apply to our city government.

This view was confirmed by Attorney General Opinion letter JC-0544, Aug 14, 2002, summarized in part as follows: "General law cities are creatures of statute and have only those powers expressly granted by statute or necessarily implied therefrom. The legislature has expressly designated the Mayor of a general law city as the budget officer of a municipality and has assigned specific duties to the Mayor. The City Council has no authority to reassign the Mayor's statutory duties to another. The Mayor is expressly authorized to require other city officers to provide necessary information to him and may also delegate to city employees non-discretionary ministerial and administrative tasks necessary to carry out his statutory duties."

However, Section 25.051 was amended by the legislature in 2003 adding 25.051(b) which provides in pertinent part, as follows: "This chapter does not limit the authority of the governing body of a general-law municipality to appoint and prescribe the duties of a municipal officer or employee under Chapter 22, 23 or 24." This appears to mean that the Governing body might appoint a "City Administrator" (or "City Manager"), under the provisions of Sections 22.071 and 22.072, to assist the Mayor, under the Mayor's direction and supervision, in carrying out day to day administrative functions and ministerial duties assigned to the Mayor by section 22.042 and Chapter 102 Local Government Code (LGC), and the Mayor retains his assigned

Continued on page 6



Continued from page 5

responsibilities. Looks to me like Chapter 22 now applies.

B. A question was raised last month regarding removal of General-law City Mayors and City Councilmembers. Let me clear up -- there is NO Recall Election procedure available to the citizens of Castle Hills.

This is a very abbreviated summary of the relevant portion of Chapter 21 of the Texas Local Government Code (LGC). The general grounds for removal are incompetency, official misconduct and intoxication on or off duty (unless alcohol is prescribed). (LGC Section 21.025). A sworn pleading for removal may be filed with the district court in the officer's county of residence by any six-month resident of the municipality who is not under indictment in the county. (LGC 21.026). The court will require a bond to be posted by the complainant. (LGC 21.028). The petition must set out the specifics of the grounds for removal complained of in clear terms including the date, time and place. (LGC Section 21.026) The grounds for removal must have occurred since the last election of the officer, unless facts were unknown to voters at the time of the election, (LGC 21.024). The complainant must obtain citation and service on the officer sought to be removed. If the Judge denies citation, the matter is dismissed and costs shall be assessed against the complainant. (LGC 21.027) The officer shall have the right of trial by jury or may choose to be tried by the judge of the court. The case will be prosecuted by the district attorney assisted by the complainant. These matters have precedence over other court business. If the removal is not affirmed the officer remains in office and the court may assess damages and costs against the persons filing the removal action. Alternatively, the court may affirm the removal action. Either party may appeal the court's decision (LGC 211.027, 21.029-21.030). I don't know of any reported cases of removal under this statute.

In addition, per Section 21.031 LGC-any conviction of an elected officer of a felony, or of a misdemeanor involving official misconduct, operates as an immediate removal from office. The court rendering judgement shall include a removal order in the judgement. Further, in the event of an appeal, the court rendering the judgment may suspend the officer, if in the public interest, pending final judgment on appeal.

Once final, a judgment of removal makes the officer ineligible for re-election to the same office before the second anniversary of the date of removal. (LGC 21.032)

C. We need interested volunteers for a variety of city committees including zoning. Expressions of interest in any committee may be forward to the City Manager. Or, in the case of the Zoning Commission, to me, Clyde R "Skip" McCormick, 210-383-8941, cmccor5683@aol.com.

I attended a Grant Management program this week (at my own expense). Someone asked how things were, politically, in Castle Hills. My Response was "In our beautiful little community we enjoy all the benefits of the National Political Dysfunction!"

Someone came up to me last month and actually apologized for comments made during a council meeting. Nicest thing that has happened to me recently. Been a tough year so far. Are you interested in good government? Want to be an active participant? Please contact me Clyde R "Skip" McCormick, 210-383-8941, cmccor5683@aol.com.



## MARK F. SANDERSON
### PLACE 2

Greetings!

As your new Alderman, I though I'd introduce myself and give you bit on my family and me. Currently, I work as a software engineer in a remote capacity for a DC based engineering company specializing in highly complex software systems. It is a job that is quite demanding, requiring that I keep up to date on the latest and greatest technology.

Visitors to my house will notice that I enjoy technology, and have many 'Smart Home' toys that help us enjoy our home. My hobbies include Computers and Technology (of course), High-Powered Amateur Rocketry (NAR Level One Certified), Ham Radio (General/KE5BAY), racing RC Trucks and flying RC Airplanes and projects around the house. Although I'm not current, I am also a private pilot as well (SEL/VFR). You might see me tooling around the neighborhood on my Red Harley-Davidson Ultra Ltd on which I do my own repair work.

My wife Rassel is from the Philippines and earned her US Citizenship nearly two years ago in a very emotional Austin, Texas ceremony. She is a woman of many talents, as evidenced by her amazingly artistic Easter celebration that she has put on for friends and neighbors past 3+ years here in Castle Hills. Fluent in no less than five languages (Visayan, Capiznon, Tagalog, Hiligaynon/Illonggo and English) as well as a working knowledge of Chinese and Japanese her language skills surpass just about anyone I know.

As a political newcomer, I am quite lucky to have a wife who is also an experienced political worker in her native Philippines. As teacher and mother she is unsurpassed in my eyes. She is mother to our only child, Charles Frederick, the focus of our lives. I have certainly married up. Charles, our son, is five years old, and is a 'graduate' of the Christian School of Castle Hills Pre-School and is now on his way to starting Kindergarten class in Castle Hills Elementary. His hobbies include running his RC truck in the back yard, learning to read and write, and playing with his monster trucks in the sand and dirt. Thankfully he has his mother's looks and great attitude!

It will take a little while for me to settle into my new role as your representative. I am both humbled and awed at the responsibility that you as citizens have entrusted in me. Please be patient and keep in mind that I'm not, and never will be, a politician. My habit of 'shooting from the hip' will be distressing to some, and I apologize in advance to those who might be offended. It is my hope that we will all learn how to accept each other's differences while feeling free to openly criticize policy matters that are important to us all. Public debate should be passionate, open and honest with no fear of humiliation or embarrassment.

My goals are for us to have a civil environment during council meetings that will not be intimidating or disrespectful. I hope to help pass into law new zoning restrictions that will help protect our residential quality of life. We have much work to do on eliminating illegal residential businesses. A lot of work still remains on streets, flooding and making Castle Hills as more family-friendly environment to raise our children in.

Continued on page 7

Continued from page 6

Feel free to call me at any time 210 848 0661. Leave a voice mail if I don't answer; I will return your call as soon as possible. Feel free to email me, but I don't believe that email is the best medium to air grievances and solve problems. I appreciate the in-person approach. I have reserved Sunday afternoons for discussing constituent issues. I look forward to being your advocate!

Mark F. Sanderson
(210) 828-0661
msanderson@castlehills-tx.gov



## SYLVIA GONZALEZ
### PLACE 3

### New Zoning Commission Members

One of the first actions of the new City Council was the nomination and approval by Council of Zoning Commission members to serve two year terms. The process this year was for each Councilmember to nominate a candidate, and Council then voted to approve (or not) each nomination.

I nominated Joe Rodriguez to serve as Chairman of the Zoning Commission, and he was approved. Lesley Wenger nominated Jana Baker, Douglas Gregory nominated Margo Pena and Mark Sanderson nominated Todd Herman—all were approved.

The Zoning Commission is composed of five members and two alternates. Since Skip McCormick's nominations were not approved, there is an open seat on Zoning until Mr. McCormick provides a nomination that the majority of Council approves.

In order for the Zoning Commission to be complete in the interim, two alternate members were nominated and approved: John Hernden and George Booth who can fill in for the 5th seat or for a regular member who is unable to attend a Zoning Meeting.

The Zoning Commission is required by State Law if a city has zoning regulations. It is an advisory board and makes recommendations to Council on all matters related to our zoning codes and individual requests from property owners for the proper use of their property according to city policy.

We have a number of important issues coming up that were not finalized by the prior Zoning Commission:

- A policy on short-term rentals if we decide to begin allowing such uses as Airbnb's.
- Prohibition of impound lots within the City of Castle Hills limits.
- Acceptance or rejection of changes proposed by the Zoning Review Committee—a process also required by State Law—most of which have been waiting for a recommendation for over two years.

The new members of the Zoning Commission are all long-term homeowners who have opposed unwanted development in their neighborhoods and believe in protecting the special residential qualities desired by the majority of their neighbors.

Sylvia Gonzalez
(210) 912-6664
sylvia.gonzalezl@yahoo.com



## LESLEY WENGER
### Mayor Pro-Tem, PLACE 4

### What Purpose do Fees Serve?

Some of the most common complaints from residents of Castle Hills have to do with fees the city imposes, particularly the fees imposed by Public Works for pickup of tree limbs and extraordinary items—many of which homeowners consider to be arbitrary. Part of the problem is that the fees that have been approved by Council are no longer posted on the website, so there is no easy way for a homeowner to determine if these fees are appropriate or accurate. But then there are all the other fees the city imposes which, in many cases, serve no purpose other than to collect money. I raised this issue at the January 8, 2019 Council Meeting, to consider eliminating tree trimming and roofing permit fees for starters. However, Council wanted to know what the impact would be on the Budget.

The opportunity to re-consider all permit fees, and how they benefit residents, will come up in our Budget Workshops this year, which begin in July. Usually most citizens do not attend these workshops, but this is when Council determines how we spend your tax money for the coming year. The two permits I brought up in January, along with many others, do not protect residents. In the case of roof permits, Council voted, in 2016, to reduce the fee from a percentage of the proposed cost to a flat fee of $100 plus $50 for reinspection which is cursory at best. In the event that you have a problem with a new roof, the city takes no responsibility—that is a matter between you and the roofing company. San Antonio does not issue or charge for roofing permits. Tree permits, which are viewed as a way to prevent oak wilt and other tree damage, also do not serve that purpose. They are issued for one month, to allow for tree trimmers' availability and scheduling changes. That means that the city has no idea what day the trimming is taking place and no one will be checking to make sure the tools used for cutting are clean or that the cuts are painted—that, again, is between you and the tree company you hire. The only function the city plays is to not issue permits for companies that may have been found disreputable—something that can be determined, if such a list exists, by a phone call to City Hall or a posting on the city website. On the other hand, some permits, for new construction, are useful to maintain structural and safety compliance: electrical wiring and new plumbing, if not done correctly, can cause fires and flooding which could impact adjoining properties. Your experience with city fees will be useful in determining which fees should be maintained and which should be eliminated.

Lesley Wenger | (210) 377-3636 | wengertx@satx.rr.com



Residential and Commercial Service and Repair
## Gallos Plumbing Service Co.
Call 210 679-0000 GallosPlumbing@yahoo.com
M-36478 Licensed and Insured

- Sewer Camera Inspections
- Foundation Leak Repair • Yard Leaks
- Service and Repair • Sewer Drain Cleaning
- Water Heaters • Gas Tests
- Additions and Remodeling to Kitchen and Bath
- Now Offering Custom Stone Work,
- Painting and Cosmetic Upgrades and Repairs

All Major Credit Cards Accepted

# Code Compliance

Happy 4th of July. I would to acknowledge all of our veterans and active duty service members and their families. Thank You for service and sacrifice to our Great Nation!

This month's topic will be trees. When a tree falls from one private property onto another private property, the duty to remove the fallen debris is with the property owner upon which the debris has fallen onto. That the debris originates from a neighboring property is not relevant for the purposes of a code violation as there is no language in the code that addresses this sort of civil issue. The City cannot and will not get involved in a matter of civil damages not caused by public property and therefore cannot advocate for one side or the other in these disputes.

As for tree removal in emergency circumstances, the code states that "Trees in need of emergency pruning or removal that threatens lives or property due to damage beyond the control of the owner, may be trimmed or removed without a permit. …All wounds on oak trees shall be painted immediately or as soon as weather and/or daylight allows (see section 48-104), and debris must be removed within 48 hours." Section 48-77 (e) and Sec. 48-56 states that "In the event of a dead, dying or diseased tree with an infestation threatening other trees, or the tree(s) pose a hazard to life or property which cannot be mitigated without its removal, the city manager may authorize the immediate removal of the tree(s) without the need for involvement by the architectural review committee."

If you plan a construction project that involves the removal of trees, please note that such a project will need to come before the Architectural Review Committee as referenced in Sec. 8-48 "(c) If the project requires removal of trees, this request must be clearly documented in the architectural review committee application, and payment for the tree removal as provided in the city fee schedule shall accompany the application, and supporting documentation per Chapter 48 Article II shall be provided."

Any other tree removal request is addressed in Sec. 48-55 which states that "The city architectural review committee shall review and hold a hearing on all tree removal requests when required by this Code. The architectural review committee shall make a recommendation to the city council for approval, approval with modifications, or disapproval of every request for protected or heritage tree removal.

Though not all-inclusive, the following are examples of tree removal requests that may be approved by the architectural review committee:

1. Trees so located as to prevent access to the property or as to preclude reasonable and lawful use of the property;
2. Dead, dying or diseased such that recovery is not practicable.

Thank you for your time and as always, you can always file against your neighbor in Municipal Court if you feel that the City Code does not represent your personal interests.





# Passports



The City of Castle Hills is now officially able to accept paperwork for U.S. passport applications at city hall. The passport application services are available on a walk-in basis:

- Monday: 8:30 am to 2 pm;
- Wednesday: 8:30 am to 4 pm;
- Friday: 10 am to 2 pm

Appointments are available for Saturdays from 8:30 a.m. to 1:30 p.m.

To schedule an appointment call (210) 293-9674 or (210) 342-2341.

For more information regarding how to apply for or renew your passport, please visit the U.S. Department of State website at:
https://travel.state.gov/content/travel/en/passports.html

# DWI Fatality Crash and Other Happenings

On June 9th police officers responded to the 1700 blk NW Loop 410 for a rollover accident. When the officers arrived, they began to assist the injured driver and began the crash investigation. At that point tragedy struck. A driver of another truck lost control and struck two patrol vehicles. The out of control vehicle continued towards an officer walking on the shoulder of the highway, causing him to have to jump over the concrete barrier, falling 20 feet to the frontage road below to save his life. The vehicle continued towards our other officers as well as a group of good Samaritans tending to the driver of the original crash. This caused another officer and two civilians to jump from the highway, falling 20 feet as well, to the frontage road below. The vehicle struck two other civilians, causing the death of one and seriously injuring the other. The investigation of the second crash led officers to believe that the driver was intoxicated at the time of the accident. Both officers that jumped from the highway to the frontage road below sustained injuries and were transported to the hospital. Both officers have been released from the hospital and are recovering.

One person's decision to drink and drive contributed to a tragedy that effected so many families. This poor choice impacted the good Samaritans, who were trying to provide help to an injured crash victim, along with their families; it effected the police officers that were injured and their loved ones who must help them in their recovery. Further, the police department was impacted having their colleagues injured. Lastly, it has affected our community, especially those who have always stood strong in support of their police officers and department.



The outpouring of support for the injured officers and the police department has definitely assisted putting this event behind us. This

Continued on page 10


David Pfau Insurance 210-257-0117 2211 NW Military Hwy. Castle Hills davidpfau@allstate.com


ARTISTIC TREES INC. RENE PIÑA Oak Wilt Specialist 9490 Braun Rd San Antonio, TX 78254 210.561.0155 Providing Quality Service Since 1989 www.artistictreesinc.com Certified Arborist #TX-3713A Professional Tree Service Experienced • Dependable • Caring

Continued from page 9



**Hope out of Tragedy**

100 Club of San Antonio
www.100ClubSA.org

*Serving the Families of Fallen Local, State & Federal Law Enforcement and Firefighters in Bexar County*

incident has brought the Castle Hills Community together in support for all the victims of this senseless tragedy to a level I have personally never seen in my nineteen years of employment with the city. Many members of the community offered their support for the officers by making monetary donations, sending cards, or bringing food to the officers. Thank you all so much. The 100 Club of San Antonio also provided substantial support from there agency to the officers and their families. This outpouring of support to the injured officers and the police department has definitely assisted putting this event behind us.




*Officers and Dispatchers coming together on a Saturday to help with the lawn work for the injured officer at his home.*

This tragedy has strengthened the resolve of the members of the police department to continue to arrest drivers, who are intoxicated, in an effort to keep the community safe. Remember to plan while you can and have arrangements made if you are going to consume alcoholic beverages and need a means to get home. Please do not Drink and Drive.

Three officers were recognized by the Mothers Against Drunk Driving (MADD) for their commitment to DWI Enforcement during 2018 and the police department was also recognized as an outstanding agency for their collective efforts as well. The department, as well as its members, have been recognized for several consecutive years for consistency in DWI enforcement.



*Officer Alcala, Officer Earlywine, and Sergeant Davila were recognized by MADD in the picture below.*



## POLICE DEPARTMENT ANNIVERSARIES

Dispatcher Travis Lowe, 6/6/1996 – 23 years
Sgt. Paul Turner, 6/1/2005 – 14 years
Sgt. Ronald Singleton, 6/12/2012 – 7 years
Chief Johnny Siemens, 6/17/2013 – 6 years
Officer Daniel Cossu, 6/15/2015 – 4 years
Cpl. Tony Crawford, 6/26/2015 – 4 years
Officer Nathaniel Peck, 6/26/2015 – 4 years



*Congratulations Sgt Spears with your retirement after 20 years of service and thank you.*



*Officer Peck and Corporal Tomblin taking a pit stop for some ice-cold lemonade.*



*The Door Church graciously provided lunch for First Responders.*





# WE TAKE CARE OF OUR NEIGHBORS

STOMACH PAIN COUGHING FEVERS SPRAINS & BROKEN BONES CHEST PAIN CUTS & BUMPS

**We know accidents** and **illnesses** don't just happen from 9 to 5.

**Methodist Texsan Hospital offers 24/7 expert emergency care** Without long waits – and our ER is right in your neighborhood. We are known for our heart program, Joint Replacement Academy, and Inpatient Rehabilitation Center, as well as our full-service emergency department that treats all levels of emergencies and pains.

METHODIST TEXSAN HOSPITAL
A CAMPUS OF METHODIST HOSPITAL

*"Serving Humanity to Honor God"*

www.MethodistTexsanHospital.com

Visit: **MHSER.com**

**DOWNLOAD** the FREE ER WAIT TIME app on your iOS or Android device.

**Search: Methodist ER**

GET IT ON Google play

Download on the App Store

OFFICIAL HEALTH CARE PROVIDER OF UTSA ATHLETICS. GO ROADRUNNERS!

**Proud supporter of UTSA Athletics**

THE JOINT COMMISSION NATIONAL QUALITY APPROVAL

TEXAS HEALTH CARE QUALITY IMPROVEMENT AWARD GOLD

San Antonio Express-News READERS' CHOICE AWARDS

©2016, Methodist Healthcare System of San Antonio, Ltd., L.L.P. 0516-20926

# CITY SNAPSHOTS









DOUBLE PANE WINDOWS • MIRRORED WALLS
REPLACEMENT GLASS • SHOWER ENCLOSURES
GLASS TABLE TOPS

*Free Estimates*

## B&T Glass & Mirror

TOMMY MOON
BRIAN MOON                    656-8507



DID YOU KNOW?

Not only do we publish & print your community newsletter; we also design, print, address and mail for your business as well.

• Full service graphic design
• Printing, folding, collating and more!
• Complete mailing services, marketing mail, EDDM, first class, etc

Neighborhood News
*News that's close to home.*

210-558-3160 • sales@neighborhoodnews.com  @neighborpro



# Gas Leaks: Recognize, React, Report

1. **RECOGNIZE THE SIGNS OF A GAS LEAK:**
   - **Smell** – A distinctive, sulfur-like odor. Not all gas is odorized, so do not rely on your nose alone to detect a leak.
   - **Sight** – Continual bubbling in water outdoors, dirt spraying or blowing into the air, or dead/dying vegetation in an otherwise moist area.
   - **Sound** – Hissing, roaring or whistling noises coming from the ground or gas equipment.

2. **REACT IMMEDIATELY IF YOU SUSPECT A LEAK.**
   Assume there's a danger. Warn others and leave the area quickly. **Do NOT** light a match or use electrical appliances including light switches, garage door openers, doorbells, radios, TVs or any phone. These items can ignite natural gas.

3. **REPORT THE LEAK.**
   From a safe location, call CPS Energy at 210-353-HELP (4357) and dial 911. **Do NOT** assume someone else will report the leak. **Do NOT** go back to the leak area until our personnel say it is safe to return.

# 2019 National Night Out



National Night Out is a nationwide event sponsored by the National Association of Town Watch (NATW). Registration is free and is now open. National Night Out will take place **Tuesday, October 1, 2019.** Most events start around 6:00 PM and are scheduled to last until 10:00 PM.

Registration is required if your community is planning on hosting its own events or activities. From gatherings to block-parties to snacks and visits by police officers, neighbors are encouraged to come outside and meet one another and learn about happenings in their neighborhood. This is a great opportunity to exchange information that can heighten crime and drug prevention awareness while letting criminals know that neighborhoods are organized and fighting back.

National Night Out, an annual community-building campaign, promotes partnerships between citizens and police and encourages the creation and participation in neighborhood watch groups.

Online registration is now open at https://natw.org/registration. Get registered today and give yourself plenty of time to plan a successful event!



**Texas Board of Legal Specialization**

**Were you denied life insurance benefits because your insurance company claims your loved one lied on the policy application?**

While this is one of the tactics used by insurance companies to deny life insurance claims, the standard necessary to prove such misrepresentation is very high in Texas. Don't let a life insurance company take advantage of you. Contact us at **(210) 733-4177** to set up a free consultation on your life insurance denial claim. We will fight to get you the benefits you deserve.

**¿Se le negó un reclamo de beneficios de seguro de vida porque la compañia de seguro insiste que su ser querido mintió en su aplicación?**

Aunque ésta es una de las tácticas que usan las compañias de seguro de vida para negar reclamos, el nivel de evidencia necesario para probar una representación falsa es muy alto en Texas. No deje que una compañía de seguro de vida se aproveche de usted. Contáctenos al **(210) 733-4177** para fijar una cita de consulta gratis para discutir su reclamo de seguro de vida. Pelearemos por ayudarle a recuperar los beneficios que se merece.

**Law Offices of John F. Younger Jr.**
900 NE Loop 410 Ste. D424 • San Antonio, TX 78209-1406
Board Certified in Personal Injury Trial Law by The Texas Board of Legal Specialization since 1980
http://www.youngerlaw.net





Design • Bathrooms • Kitchens • Painting • Custom Cabinets

**Remodeling San Antonio for over 20 years**

**210-366-2380**
ShawCoRemodeling.com
11943 Starcrest Dr. 78247

**Visit Our Newly Designed Showroom!**
**Free Estimates & 100% Financing!**

# Summer Fun Word Search

BARBECUE    LEMONADE
BATHINGSUIT   PARTY
BEACH BOAT   PICNIC
CAR TRIP    POOL
CHALK     SUNGLASSES
FAMILY     SUNSHINE
FIREFLIES   SWIM
FIREWORKS   TOWEL
FRIENDS    VACATION
FUN      VOLLEYBALL
GAMES     ZOO
ICE CREAM

```
L F I R E F L I E S S D M V E
L E S O O Z I S A E U A Y A N
A Q W H K K N R S Y E X T C I
B D I O L B M S E R F P R A H
Y R M A T I A B C W I J A T S
E Q H I Q L A E V C O I P I N
L C I S G R C T N K F R X O U
L C O N B I K I F V A U K N S
O G U E F B C F R R M Z U S H
V S C G T I U S G N I H T A B
K U C A R T R I P L L E N S Q
E G A M E S E L B O Y Y N U X
H C A E B Y O O P X O B E D F
D S B G E D A N O M E L S N S
C Z H U R T J E M T C K Q X Z
```



¿ Free School Supplies* ~ Free Backpacks* ~ Free Haircuts* ~ Free Vision Screenings* ~ Free School Supplies* ~ Free Backpacks* ¿

*while supplies last, one per child

SAN ANTONIO BACK 2 SCHOOL EXPO

Saturday, August 3rd
9am - 1pm
Freeman Expo Hall B
FREE PARKING!
www.Back2SchoolSA.com

Free CommuniCare HEALTH CENTERS
Immunizations

Free
Sports Physicals
ALMOUIE Pediatrics INFANT · CHILD · ADOLESCENT

Sponsored By

SAN ANTONIO AQUARIUM SEA TO BELIEVE

Brain Balance ACHIEVEMENT CENTERS

WESTERN FINANCE A division of Western Shamrock Corporation

TOYOTA NORTH PARK TOYOTA OF SAN ANTONIO

PEDIATRIC Urgent Care

ambetter FROM superior healthplan

THE LOAN STORE A division of Western Shamrock Corporation

*while supplies last, one per child

¿ Free Haircuts* ~ Free Vision Screenings* ~ Free Haircuts* ~ Free Backpacks* ~ Free School Supplies* ~ Free Vision Screenings* ¿

# How does Smartlipo work?

Literally melting fat, laser-assisted lipolysis is performed at Radiance with a local anesthetic and occasionally a mild sedative if desired. Smartlipo uses a laser and a cannula (1 mm tube) to apply heat directly to the problem fat. Once the fat cells have been destroyed, they don't come back unless there is a large weight gain. Therefore, a typical treatment is a one-time procedure.



**Smartlipo provides surgeons with:**

- Greater control
- Reduced side effects
- Faster healing and recovery
- Improved Skin tightening

**Treatment Areas:**

Smartlipo can treat fat virtually anywhere including:

- Knees & thighs
- Hips & waist
- Abdomen, torso & back
- Chest
- Arms, neck

**Recovery:**

One of the greatest benefits of Smartlipo is its short recovery period. This period is often as short as 24 hours. There may be bruising and swelling lasting longer. The incisions used are incredibly small and the laser reduces damage to surrounding tissue. There is no hospital stay and the treatment can vary from one hour to 6 hours.

Results can be seen as quick as one week with continued improvement over 6-12 months.



radiance medspa
laura bennack, m.d.



**Radiance MedSpa**
1624 Lockhill-Selma Road
San Antonio, Texas 78213

Call us at **(210) 804-0772** to make an appointment for a free consult.

April 1 – August 31, 2019 enjoy 20% off.



**City of Castle Hills**
**209 Lemonwood Drive**
**San Antonio, TX 78213**

PRST. STD.
U.S. POSTAGE
PAID
SAN ANTONIO, TX
PERMIT NO. 1568

*Time Dated*





Published and distributed by:
Neighborhood News, Inc.
3740 Colony Drive Suite LL100
San Antonio, TX 78230
(210) 558-3160 • (210) 558-3163 fax

Info@NeighborhoodNews.com • www.NeighborhoodNews.com
For advertising sales and information please call or send an email to Sales@NeighborhoodNews.com

Articles that appear in the Castle Hills Reporter newsletter do not necessarily reflect the official position of Neighborhood News, Inc. and their publication does not constitute an endorsement therein. The appearance of any advertisement in the Castle Hills Reporter newsletter does not constitute an endorsement by Neighborhood News, Inc. of the goods or services advertised. Neighborhood News, Inc. is not responsible for errors beyond the cost of the actual ad space. Any publication of Neighborhood News, Inc., whether draft or final, is the sole property of Neighborhood News, Inc. and cannot be reproduced or distributed in any way, whether in print or electronically, without the express written consent of Neighborhood News, Inc. ©Neighborhood News, Inc.