UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SYLVIA GONZALEZ,<br><br>    *Plaintiff,*<br><br>v.<br><br>CITY OF CASTLE HILLS, TEXAS, *et al.*,<br><br>    *Defendants.* | Civil Action No. 5:20-cv-01151-DAE |

## JOINT NOTICE REGARDING CASE STATUS

The parties to the above-captioned case jointly submit this notice to the Court regarding the status of the case. On June 20, 2024, the Supreme Court of the United States issued a judgment vacating the Fifth Circuit's judgment and remanding for proceedings consistent with the Supreme Court's opinion. *See Gonzalez v. Trevino*, 144 S. Ct. 1663 (2024). On August 2, 2024, the Fifth Circuit remanded the case to this Court for further proceedings consistent with the Supreme Court's opinion. *See Gonzalez v. Trevino*, No. 21-60276, ECF 153 (5th Cir. Aug. 2, 2024). The mandate issue date for that remand order is August 26, 2024.

Dated: August 21, 2024

/s/ Scott M. Tschirhart (by permission)
Scott M. Tschirhart
State Bar No. 24013655
Lowell F. Denton
State Bar No. 05764700
DENTON NAVARRO ROCHA BERNAL & ZECH, P.C.
2500 W. William Cannon Dr., Ste. 609
Austin, TX 78745
(512) 279-6431
(512) 279-6438 (Fax)
smtschirhart@rampagelaw.com

Respectfully submitted,

/s/ Anya Bidwell
Anya Bidwell (TX Bar No. 24101516)
Will Aronin*
Patrick Jaicomo*
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Ste. 900
Arlington, VA 22203
(703) 682-9320
abidwell@ij.org
waronin@ij.org
pjaicomo@ij.org

1

| | |
|---|---|
| lfdenton@rampagelaw.com | *Counsel for Plaintiff Sylvia Gonzalez* |
| *Counsel for Defendants The City of Castle Hills, Texas; Edward "JR" Trevino, II; John Siemens; and Alexander Wright* | \* Admitted *Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of August, 2024, I electronically filed the forgoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Anya Bidwell