**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

```
SYLVIA GONZALEZ,              )
                              )Case Number SA-20-CV-1151-DAE
     Plaintiff,               )
                              )
vs.                           )San Antonio, Texas
                              )
CITY OF CASTLE HILLS,         )
TEXAS; EDWARD TREVINO, II     )
Mayor of Castle Hills,        )
Sued in Hi Individual         )
Capacity; JOHN SIEMENS        )
Chief of the Castle Hills     )
Police Department, Sued in    )
His Individual Capacity;      )
and ALEXANDER WRIGHT, Sued    )
in His Individual             )
Capacity,                     )
                              )
     Defendants.              )August 1, 2025
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEDIATION SETTLEMENT TERMS**

**BEFORE THE HONORABLE MAGISTRATE JUDGE HENRY J. BEMPORAD**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

APPEARANCES

For Plaintiff:     Mr. Patrick M. Jaicomo
                   Mr. William R. Aronin
                   Institute for Justice
                   901 North Glebe Road, Suite 900
                   Arlington, Virginia 22203
                   pjaicomo@ij.org
                   waronin@ij.org

```
1                    APPEARANCES CONTINUED

2

3   For Defendants:       Mr. Lowell F. Denton
                          Ms. Clarissa M. Rodriguez
4                         Ms. Corina Sanchez
                          Denton Navarro Rocha Bernal, &
5                         Zech, PC
                          2517 North Main Avenue
6                         San Antonio, Texas 78212
                          lfdenton@rampagelaw.com
7                         cmrodriguez@rampagelaw.com
                          csanchez@rampagelaw.com
8

9   Transcriber:          Ms. April Balcombe, CSR, CRR, CRC
                          501 West 5th Street, Suite 4150
10                        Austin, Texas 78701
                          (512) 391-8795
11                        April_Balcombe@txwd.uscourts.gov

12

13

14

15

16

17

18

19

20

21

22

23

24
    Proceedings reported by computerized stenography,
25  transcript produced by computer-aided transcription.
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2            THE COURT:  All right.  We are on the record
 3   in the Case Number SA:20-cv-1151.  That's Sylvia
 4   Gonzalez versus the City of Castle Hills, Texas, Edward
 5   JR Trevino II, John Siemens, and Alexander Wright.
 6            I have been mediating -- this is Henry
 7   Bemporad, the United States Magistrate Judge.  I have
 8   been mediating the case today, on August 31st [sic], and
 9   the parties have reached a settlement.  I'm going to
10   announce the terms of the settlement on the record to
11   make sure that all of the parties agree.
12            So the terms of settlement are as follows:
13            First, the amount of money to be paid to
14   Plaintiff, the City of Castle Hills agrees to pay
15   $500,000 to Ms. Gonzalez, that there are a number of
16   other provisions --
17            MR. DENTON:  Your Honor?
18            THE COURT:  -- in the agreement.
19            Yes?
20            MR. DENTON:  Your Honor, just so the record is
21   clear, that payment will be made by the Texas Municipal
22   League Intergovernmental Risk Pool on behalf of the City
23   of Castle Hills.
24            THE COURT:  Yes, thank you.  I would -- I
25   would have never said it correctly, Mr. Denton, so I
```

1  appreciate that.
2           Before that happens or -- and along with
3  that, the other parts of the agreement are as follows:
4           By August 31st of 2025, Plaintiff will
5  submit to the Defendant -- Defendant, City of Castle
6  Hills, and the other Defendants, for their approval an
7  amended complaint.
8           This amended complaint will have the effect
9  of removing the Defendants sued in their individual
10 capacity and causes of action against them.  They
11 will -- the Plaintiff will also submit to the Defense a
12 proposed joint statement as to the resolution of the
13 case.
14          If that is all acceptable to the defense,
15 this matter will be placed on the agenda for the
16 September 9th meeting of the City of Castle Hills for
17 its -- the approval of the -- of the City Council, or
18 the City, and -- and there will be a report of that.
19          Once that is done and the settlement
20 agreement is executed, the motion -- an unopposed motion
21 to amend the complaint will be submitted, removing those
22 Defendants from the case that I mentioned before.
23          There will be -- whatever drafting
24 instructions for the payment will be -- that information
25 will be provided by the Plaintiff to the Defense.  There

```
 1  is also a training component of the agreement.  That
 2  training will be offered by the Texas Municipal --
 3              MR. ARONIN:  League.
 4              THE COURT:  -- League --
 5              MR. ARONIN:  -- Intergovernmental Risk Pool.
 6              THE COURT:  -- Intergovernmental Risk Pool.
 7              I am never going to remember the name of
 8  that organization.
 9              The training will be on First Amendment
10  retaliation cases to specifically include the Supreme
11  Court's decision in Gonzalez versus Trevino.
12              That training will be offered to all of the
13  Texas Municipal League's clients but will be implemented
14  or accomplished in the City of Castle Hills and its
15  employees within one calendar year.
16              I think those are all of the terms of the
17  agreement.
18              Let me start with Plaintiff's counsel.  Is
19  that -- did I capture all of the terms of the agreement?
20              MR. JAICOMO:  I believe -- I believe also
21  ensuring that the agenda item is --
22              THE COURT:  Yes.
23              MR. JAICOMO:  -- that the settlement is on the
24  actual agenda item for that September 9th meeting?
25              THE COURT:  Yes, the parties to -- the parties
```

```
 1  to jointly review the agenda item and approve.
 2              MR. JAICOMO:  And I believe it is reasonable
 3  to do so by August 31st, the same sort of approval
 4  dates?
 5              THE COURT:  The draft agenda item, that same
 6  date?
 7              MR. DENTON:  That's correct.
 8              THE COURT:  Okay.
 9              MR. JAICOMO:  Thank you, Your Honor.
10              THE COURT:  Is that the Plaintiff's agreement?
11              MR. JAICOMO:  With that, that covers our
12  agreement.  Thank you.
13              THE COURT:  All right.  Let me go around.
14            Is that the Defense agreement as well?
15              MR. DENTON:  That is the Defense agreement.
16              THE COURT:  Ms. Gonzalez, do you agree with
17  this settlement, ma'am?
18              MS. GONZALEZ:  Yes, I do.
19              THE COURT:  All right.  Very well.
20              I thank the parties very much.  This was an
21  extremely interesting mediation, and I am so happy that
22  we were able to resolve this matter amicably.
23              And we're in recess.
24            (Proceedings concluded.)
25                  REPORTER'S CERTIFICATE
```

I, APRIL C. BALCOMBE, DO HEREBY CERTIFY THAT THE FOREGOING WAS TRANSCRIBED FROM AN ELECTRONIC RECORDING MADE AT THE TIME OF THE AFORESAID PROCEEDINGS AND IS A CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY, MADE FROM THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER, AND THAT THE TRANSCRIPT FEES AND FORMAT COMPLY WITH THOSE PRESCRIBED BY THE COURT AND JUDICIAL CONFERENCE OF THE UNITED STATES, ON THIS 8th DAY OF OCTOBER, 2025.

/S/April C. Balcombe
APRIL C. BALCOMBE, CSR, CRR
Official Court Reporter
United States District Court
Austin Division
501 West 5th Street, Suite 4150
Austin, Texas 78701
(512) 391-8795
SOT Certification No. 5752
Expires: 7-31-26