IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **SYLVIA GONZALEZ,** § | |
| § | |
| *Plaintiff,* § | |
| v. § | CIVIL ACTION NO. 5:20-cv-01151-DAE |
| § | |
| **CITY OF CASTLE HILLS, et al.,** § | |
| § | |
| *Defendants.* § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT COURT JUDGE:

Now comes Plaintiff Sylvia Gonzalez (Plaintiff) and Defendant City of Castle Hills (Defendant), together as "Parties" and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) files this its Joint Stipulation of Dismissal and respectfully shows the Court as follows:

1. The Parties held mediation on August 1, 2025 with Hon. Judge Bemporad, and agreed to a settlement for this case. The Parties further signed a Settlement and Release Agreement outlining the terms agreed to in the mediation, which included City Council approval of the settlement on October 14, 2025.

2. The Parties have stipulated and agreed to the dismissal with prejudice of this action against the Defendant.

3. The Plaintiff stipulates and agrees that the City will pay Plaintiff for all claims asserted, or which could have been asserted. This payment shall be made in accordance with the Settlement and Release Agreement within ten (10) business days after the filing of this Joint Stipulation of Dismissal. The Parties stipulate and agree that each shall bear their own costs and attorneys' fees.

4      The Parties request that the Court issue an order dismissing the claims against Defendant with prejudice which incorporates the Settlement and Release Agreement by reference in accordance with this joint stipulation, and that all pending motions and matters before the Court in this claim be dismissed in a final order.

                            Respectfully submitted,

                            INSTITUTE FOR JUSTICE
                            901 North Glebe Road, Suite 900
                            Arlington, VA 22203
                            Telephone: (703) 682-9320
                            abidwell@ij.org
                            waronin@ij.org
                            pjaicomo@ij.org

BY:    */s/ Anya Bidwell*
       ANYA BIDWELL
       Texas Bar No. 24101516
       WILL ARONIN
       New York Bar No. 4820031*
       PATRICK JAICOMO
       Michigan Bar No. P75705*
       * Admitted *Pro Hac Vice*

       ATTORNEYS FOR PLAINTIFF

       DENTON NAVARRO RODRIGUEZ BERNAL SANTEE & ZECH
       A Professional Corporation
       2517 N. Main Avenue
       San Antonio, Texas 78212
       Telephone: (210) 227-3243
       Facsimile: (210) 225-4481
       lfdenton@rampagelaw.com
       cmrodriguez@rampagelaw.com

BY:    *Clarissa M. Rodriguez*
       LOWELL F. DENTON
       State Bar No. 05764700
       CLARISSA M. RODRIGUEZ
       State Bar No. 24056222

       ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 15, 2025, I electronically filed the forgoing document with the clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                      /s/ Anya Bidwell
                                      Anya Bidwell