IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **SYLVIA GONZALEZ,** | § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 5:20-cv-01151-DAE |
| **CITY OF CASTLE HILLS, et al.,** | § § § | |
| *Defendants.* | § | |

## ORDER GRANTING JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

On this day came for consideration Plaintiff Sylvia Gonzalez and Defendant City of Castle Hills' Joint Stipulation of Dismissal with Prejudice. After considering the Joint Stipulation of Dismissal, the pleadings, and the representations of the Parties that all matters have been fully compromised and settled, the Court believes said Stipulation should be granted.

It is therefore ordered that the Joint Stipulation of Dismissal is hereby **GRANTED** with the Settlement and Release Agreement signed by the Parties incorporated herein by reference, and all of Plaintiff Sylvia Gonzalez's claims against the Defendant are dismissed with prejudice.

SIGNED on _____ day of _____, 2025.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE